No. 74-514.  JOHNSON *v.* UNITED STATES, 420 U. S. 972;

No. 74-767.  CHU *v.* UNITED STATES, 420 U. S. 940;

No. 74-844.  ORAM *v.* GENERAL AMERICAN OIL COMPANY OF TEXAS ET AL., 420 U. S. 964;

No. 74-1002.  TAYLOR'S WELDING SERVICE, INC., ET AL. *v.* BELL, *ante,* p. 911;

No. 74-6078.  DARNOLD *v.* CLANON, MEDICAL FACILITY SUPERINTENDENT, *ante,* p. 919; and

No. 74-6232.  HARRELSON *v.* UNITED STATES ET AL., *ante,* p. 928.  Petitions for rehearing denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of these petitions.

No. 74-5573.  RONAN *v.* BRIGGS ET AL., 420 U. S. 911. Motion for leave to file petition for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.